UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENJOI TRANSPORTATION, LLC, and
PAULETTE HAMILTON,

    Plaintiffs,

v.       Case No. 17-13052

CITY OF DETROIT, et al.,

    Defendants.
    _____/

**ORDER EXTENDING DISCOVERY AND RELATED DEADLINES AND DENYING PLAINTIFF'S MOTION TO TAKE DEPOSITIONS FROM MORE THAN TEN DEPONENTS**

    Plaintiffs filed this action in September 2017 alleging that Defendants City of Detroit and Dan Dirks (the "City Defendants") and Defendants Transdev Services, Inc. and Martin Moore (the "Transdev Defendants") discriminated against Plaintiffs on the basis of race. Before the court is Plaintiffs' motion to take depositions from more than ten deponents. (Dkt. #35.) Plaintiffs aver that they need to take as many as twenty depositions—ten each from the City Defendants and the Transdev Defendants. Each set of Defendants has filed a response. (Dkt. ##37, 39.) The court held an off the record telephone conference with the parties on July 16, 2018.

    Having reviewed the motion and responses, and as discussed during the telephone conference, the court will deny the motion. The court entered a scheduling order in this matter in December 2017, and it gave the parties nearly eight months of discovery; the discovery cutoff is set for August 6, 2018. But depositions and document production have been put off until now, necessitating end-of-discovery motions to

expand. The court is not persuaded that Plaintiffs have acted diligently in pursuing and noting depositions, and it is not persuaded that double the usual number of depositions is necessary in this case. The court has determined, in other words, that too much time has passed in which the parties have been insufficiently productive to warrant expanding the scope of discovery. The court will, however, afford the parties six additional weeks to complete discovery already contemplated; the court anticipates that Defendants will produce the balance of outstanding written discovery requests, and all parties will schedule and take the allotted number of depositions as necessary. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Take Depositions from More than Ten Deponents (Dkt. #35) is DENIED.

IT IS FURTHER ORDERED the discovery deadline is EXTENDED to **September 17, 2018**. The dispositive motion deadline is EXTENDED to **October 18, 2018**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 17, 2018, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522

Z:\Cleland\KNP\Civil\17-13052.ENJOI.Extend.Discovery.Deny.Additional.Depositions.KNP.docx