UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENJOI TRANSPORTATION, LLC, and
PAULETTE HAMILTON,

    Plaintiffs,

v.                                     Case No. 17-13052

CITY OF DETROIT, et al.,

    Defendants.
_____/

**JUDGMENT**

Pursuant to the court's Opinion and Order dated February 21, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, Transdev Services, Inc., Martin Moore, and Dan Dirks and against Plaintiffs Enjoi Transportation, LLC and Paulette Hamilton. Dated at Port Huron, Michigan this 21st day of February, 2019.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Lisa Wagner

Dated: February 21, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 21, 2019, by electronic and/or ordinary mail.

                                          s/Lisa Wagner                         /
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\17-13052.ENJOI.judgment.HEK.docx